UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-309-RJC-DCK

| | |
|---|---|
| CHRISTIE PATTERSON, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> CROWN FINANCIAL GROUP, INC., ) </br> ) </br> Defendant. ) </br> ) | **ORDER** |

**THIS MATTER** comes before the Court on its own motion following the Clerk's entry of default on October 28, 2011. (Doc. No. 5). Plaintiff Christie Patterson ("Plaintiff") moved for entry of this default on October 25, 2011, (Doc. No. 4), but did not move for default judgment following the Clerk's entry. Plaintiff must separately move for default judgment under Federal Rule of Civil Procedure 55(b).

The Court orders Plaintiff to file a motion for default judgment within fourteen (14) days of the date of this Order. See Kashaka v. Baltimore Cnty., 450 F. Supp. 2d 610, 614 n.3 (D. Md. 2006). Should Plaintiff fail to obey this Order, the Court will set aside the entry of default and dismiss Plaintiff's claims against Defendant Crown Financial Group, Inc. See id.; FED. R. CIV. P. 16(f); 41(b).

**IT IS, THEREFORE, ORDERED** that Plaintiff must file a motion for default judgment within fourteen (14) days of the date of this Order.

Signed: March 2, 2012

Robert J. Conrad, Jr.
Chief United States District Judge